# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDYN WILLIAM GAYLER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76526

FILED

MAY 1 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a motion to modify sentence.[1] Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant argued that his sentence should be modified because the district court acknowledged that the sentence imposed was longer than it would have been had appellant not first been placed on probation. Appellant also challenged the decision to revoke his probation. Because appellant did not demonstrate that the sentencing court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment, *see Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996), we conclude that the district court did not err in denying appellant's May 22, 2018, motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ C.J.
Gibbons

_____, J.         _____, J.
Stiglich                    Silver

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

19-21387

cc: Hon. Eric Johnson, District Judge
Brandyn William Gayler
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A